NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LESTER ROSS,                                    )
                                               )
            Appellant,                          )
                                               )
v.                                              )        Case No. 2D16-1368
                                               )
STATE OF FLORIDA,                               )
                                               )
            Appellee.                           )
_____)

Opinion filed May 16, 2018.

Appeal from the Circuit Court for Polk
County; J. Dale Durrance, Judge.

Andrea M. Norgard of Norgard, Norgard &
Chastang, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Dawn A. Tiffin, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.